## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UNITED TAX GROUP, LLC, | ) | Case No. 14-10486 (LSS) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| George L. Miller, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 15-50880-LSS |
| v. | ) | |
| | ) | |
| SWZ Financial II, LLC, | ) | |
| Tax Help MD Inc., | ) | |
| Allerand, LLC, and | ) | |
| Richard J. Sabella | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### Defendant SWZ Financial II, LLC's
### Motion for Summary Judgment

Interested Party, SWZ Financial II, LLC (the "Movant"), by and through the undersigned counsel, hereby moves for entry of an order (the "Motion") pursuant to Rule 56 of Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, to: (i) enter judgment in favor of Defendant SWZ Financial II, LLC as to all counts against it; (ii) enter an order in the form attached hereto and incorporated herein as Exhibit "1"; and (iii) grant any other relief this Court deems just and proper. The grounds for this motion are set forth in SWZ Financial II, LLC's Opening Brief in Support of Motion for Summary Judgment filed contemporaneously herewith and incorporated herein by reference.

1

Respectfully submitted,

THE WILLIAMS LAW FIRM, P.A.

By: _____
John L. Williams (Del. Bar #4473)
Brian C. Crawford (Del. Bar #4941)
1201 N. Orange Street, Suite 600,
P.O. Box 511
Wilmington, DE 19899-0511
Tele: (302) 575-0873
Fax: (302) 575-0925
E-mail: John@TrustWilliams.com
           Brian@TrustWilliams.com


*Attorneys for the Defendant,*
*SWZ Financial II, LLC*

Dated: September 2, 2016
Wilmington, Delaware

2